UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 15, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIERRA MAUREEN JACKSON,<br><br>Defendant. | Case No. 2:18-mj-00230-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIERRA MAUREEN JACKSON ,

Case No.  2:18-mj-00230-CKD  Charge 21 USC § 841(a)(1) and 846 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  x    Unsecured Appearance Bond $   10,000 co-signed by Maureen Autar

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):  Terms and conditions as stated on the record.

Issued at Sacramento, California on November 15, 2018 at  2:20 p.m.

By: _(signature)_

Magistrate Judge Carolyn K. Delaney