IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIARRA JACKSON,<br><br>Defendants. | Case No. 2:18-CR-00238-JAM<br><br>**ORDER GRANTING WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Tiarra Jackson's waiver of appearance is hereby approved.

Dated: 2/28/2019

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge