1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00238-JAM

12                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           FINDINGS AND ORDER

14  TIARRA JACKSON,                        DATE: December 10, 2019
                                           TIME: 9:15 a.m.
15                     Defendant.          COURT: Hon. John A. Mendez

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status on December 10, 2019.

21        2.    By this stipulation, defendant now moves to continue the status conference until February

22  4, 2020 at 9:15 a.m., and to exclude time between December 10, 2019, and February 4, 2020, under

23  Local Code T4.

24        3.    The parties agree and stipulate, and request that the Court find the following:

25              a)    The government has represented that the discovery associated with this case

26  includes investigative reports and related documents, electronic evidence, and financial records.

27  All of this discovery has been either produced directly to counsel and/or made available for

28  inspection and copying.

1    b)    Counsel for defendant desires additional time to consult with her client about

2    potential resolutions of the case and to review the produced discovery.

3    c)    Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny her the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of December 10, 2019 to February 4,

12    2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13    T4] because it results from a continuance granted by the Court at defendant's request on the basis

14    of the Court's finding that the ends of justice served by taking such action outweigh the best

15    interest of the public and the defendant in a speedy trial.

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

/ / /

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 6, 2019                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                  /s/ GRANT B. RABENN
                                                  GRANT B. RABENN
                                                  Assistant United States Attorney


Dated:  December 6, 2019                          /s/ KRESTA DALY
                                                  KRESTA DALY
                                                  Counsel for Defendant
                                                  TIARRA JACKSON




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2019


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE