McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00238-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIARRA JACKSON, | DATE: February 4, 2020 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on February 4, 2020.

2.    By this stipulation, defendant now moves to continue the status conference until March 17, 2020, and to exclude time between February 4, 2020, and March 17, 2020, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes investigative reports and related documents, electronic evidence, and financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

/ / /

1    b)    Counsel for defendant desires additional time to consult with her client about

2 potential resolutions of the case and to review the produced discovery.

3    c)    Counsel for defendant believes that failure to grant the above-requested

4 continuance would deny her the reasonable time necessary for effective preparation, taking into

5 account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within the

9 original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11 et seq., within which trial must commence, the time period of February 4, 2020 to March 17,

12 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13 T4] because it results from a continuance granted by the Court at defendant's request on the basis

14 of the Court's finding that the ends of justice served by taking such action outweigh the best

15 interest of the public and the defendant in a speedy trial.

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

/ / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 31, 2020                    MᶜGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ GRANT B. RABENN
                                            GRANT B. RABENN
                                            Assistant United States Attorney


Dated:  January 31, 2020                    /s/ KRESTA DALY
                                            KRESTA DALY
                                            Counsel for Defendant
                                            TIARRA JACKSON


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 31st day of January, 2020.


                                            /s/ John A. Mendez
                                            HONORABLE JOHN A. MENDEZ
                                            United States District Court Judge