McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TIARRA JACKSON,<br><br>                              Defendant. | CASE NO. 2:18-CR-00238-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 17, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 17, 2020.

2.      By this stipulation, defendant now moves to continue the status conference until May 5, 2020 at 9:15 a.m., and to exclude time between March 17, 2020, and May 5, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, electronic evidence, and financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to consult with her client about
2    potential resolutions of the case and to review the produced discovery.

3    c)    Counsel for defendant believes that failure to grant the above-requested
4    continuance would deny her the reasonable time necessary for effective preparation, taking into
5    account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the
8    case as requested outweigh the interest of the public and the defendant in a trial within the
9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11    et seq., within which trial must commence, the time period of March 17, 2020 to May 5, 2020,
12    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13    because it results from a continuance granted by the Court at defendant's request on the basis of
14    the Court's finding that the ends of justice served by taking such action outweigh the best interest
15    of the public and the defendant in a speedy trial.

16    / / /
17    / / /
18    / / /
19    / / /
20    / / /
21    / / /
22    / / /
23    / / /
24    / / /
25    / / /
26    / / /
27    / / /
28    / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

/ / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 10, 2020                                    McGREGOR W. SCOTT
                                                         United States Attorney


                                                         /s/ GRANT B. RABENN
                                                         GRANT B. RABENN
                                                         Assistant United States Attorney


Dated:  March 10, 2020                                    /s/ KRESTA DALY
                                                         KRESTA DALY
                                                         Counsel for Defendant
                                                         TIARRA JACKSON



                              **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of March, 2020.


                                                         /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         UNITED STATES DISTRICT COURT JUDGE