MCGREGOR W. SCOTT
UNITED STATES ATTORNEY
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIARRA MAUREEN JACKSON,<br><br>Defendant. | CASE NO. 2:18-CR-0238 JAM<br><br>ORDER DISMISSING INDICTMENT |

**ORDER**

The United States has moved to dismiss the indictment against defendant Tiarra Maureen Jackson, filed November 29, 2018. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against defendant Jackson be dismissed without prejudice.

SO ORDERED.

DATED: February 4, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE